# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:25-cv-00026 |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTHEAST BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER

Plaintiff, United States of America, and Defendant, SouthEast Bank, respectfully move the Court for entry of the proposed Consent Order, attached hereto, to resolve the United States' civil action brought to enforce the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. §§ 1691-1691f, and its implementing regulation, Regulation B, 12 C.F.R. Part 1002. Plaintiff and Defendant have resolved all allegations in the United States' complaint by this proposed Consent Order, memorialized by signatures at page 18. Abigail B. Marshak, counsel for the United States of America, has confirmed that all signatories have consented to the filing of the document. In light of the Parties' agreement, the Parties jointly file this motion for approval and entry of the attached proposed Consent Order as an enforceable order of the Court.

**For the United States of America:**

Dated: January 18, 2025

> KRISTEN CLARKE
> Assistant Attorney General
> Civil Rights Division
>
> CARRIE PAGNUCCO
> Chief
>
> TAMICA H. DANIEL

1

Deputy Chief

*s/ Abigail Bryna Marshak*
ABIGAIL B. MARSHAK (NY Reg. No. 5350053)
SARA L. NILES (MA BBO No. 634257)
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Phone: (202) 598-0530
Fax: (202) 514-1116
Email: Abigail.Marshak@usdoj.gov
        Sara.Niles@usdoj.gov

**For SouthEast Bank:**

Dated: January 18, 2025

*s/ Christopher Willis*
CHRISTOPHER WILLIS
LORI SOMMERFIELD
CHRISTINE EMELLO
Troutman Pepper Locke LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Phone (404) 885-3000
Email: Chris.Willis@Troutman.com
Lori.Sommerfield@Troutman.com
Christine.Emello@Troutman.com

[Pro Hac Vice Motions Forthcoming]

<u>Certificate of Service</u>

I hereby certify that on January 18, 2025, a copy of the foregoing Joint Motion for Entry of Consent Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by electronic mail. Parties may access this filing through the Court's electronic filing system.

<u>*s/ Abigail Bryna Marshak*</u>
ABIGAIL B. MARSHAK (NY Reg. No. 5350053)
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Phone: (202) 598-0530
Email: Abigail.Marshak@usdoj.gov