IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:25-CV-26-TAV-JEM |
| SOUTHEAST BANK, | ) | |
| Defendant. | ) | |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455, the undersigned judge hereby recuses in this matter and requests that the Chief Judge reassign this case to another judge.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge