UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff*, | ) | Case No. 3:25-cv-26 |
| v. | ) | |
| SOUTHEAST BANK, | ) | |
| *Defendant*. | ) | |

**ORDER**

Pursuant to 28 U.S.C. § 455, the Honorable Jill E. McCook, United States Magistrate Judge, has recused herself in this action. Accordingly, it is hereby **ORDERED** that this case is **REASSIGNED** to the Honorable Debra C. Poplin, United States Magistrate Judge, to handle any matters routinely considered by a magistrate judge pursuant to 28 U.S.C. § 636(b) and the Rules of this Court.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**