UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:25-CV-26-TAV-DCP |
| SOUTHEAST BANK, | ) ) ) |
| Defendant. | ) ) |

## ORDER TO SHOW CAUSE

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Plaintiff filed this case on January 18, 2025 [Doc. 1]. On January 27, 2025, a Motion for Leave to Appear Pro Hac Vice was filed by Attorney Lori Sommerfield ("Attorney Sommerfield") [Doc. 6] and the Clerk entered a Notice of Deficiency ("Notice") [Doc. 7], instructing Attorney Sommerfield to provide a Certificate of Good Standing from another U.S. District Court within fifteen (15) days and advising that failure to comply may result in the motion being summarily denied. More than fifteen (15) days have passed, and Attorney Sommerfield has not complied with the Notice.

The Court **ORDERS** Attorney Sommerfield to show cause on or before **March 10, 2025**, why she should not be removed as an attorney of record in this case and why other appropriate sanctions should not issue for her failure to comply with the Notice. The Court **DIRECTS** the Clerk to mail a copy of this Order to Show Cause to Attorney Sommerfield.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge