# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHEAST BANK, <br><br> Defendant. | CIVIL ACTION NO. 3:25-cv-00026 |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to E.D. Tenn. L.R. 83.4(f), undersigned counsel provides notice of withdrawal of Lori J. Sommerfield as an attorney of record for Defendant in this case. Accordingly, the Motion for Admission for Lori J. Sommerfield to appear in this action *pro hac vice* is also withdrawn. Christopher Willis and Christine Emello remain as counsel for Defendant.

Respectfully submitted this 26th day of February 2025.

/s/ Christopher Willis
Christopher Willis (*pro hac vice*)
Christine Emello (*pro hac vice*)
Troutman Pepper Locke LLP
600 Peachtree Street, N.E. Suite 3000
Atlanta, GA  30308
Phone:  404.885.3000
Fax:  404.872.5547
chris.willis@troutman.com
christine.emello@troutman.com

*Attorneys for Defendant SouthEast Bank*

## CERTIFICATE OF SERVICE

I certify that on February 26, 2025, I electronically filed the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** with the Clerk of Court of the United States District Court for the Eastern District of Tennessee, at Knoxville, via their ECF e-filing System, which will provide notice of this filing to all counsel of record.

/s/ Christopher Willis
Christopher Willis (*pro hac vice*)

*Attorney for Defendant SouthEast Bank*