# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:25-cv-00026 |
| | ) |
| v. | ) |
| | ) |
| SOUTHEAST BANK, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

The United States of America respectfully gives notice that it dismisses *United States v. SouthEast Bank*, No. 3:25-cv-00026, under Fed. R. Civ. P. 41(a)(1)(A)(i). The United States has decided not to proceed further in this matter.

"[P]laintiffs may voluntarily dismiss their claims without a court order." *Frank v. Gaos*, 586 U.S. 485, 492 (2019) (citing Fed. R. Civ. P. 41(a)(1)(A)). Rule 41(a)(1) provides a plaintiff authority to dismiss its complaint "without the permission of either adverse party or the court" if a defendant has not filed an answer or moved for summary judgment. *Aamot v. Kassel*, 1 F.3d 441, 443 (6th Cir. 1993). A qualifying plaintiff's right to withdraw its action under Rule 41(a)(1) is "absolute" and, "once a notice of dismissal is filed, a district court 'has no discretion to deny such a dismissal.'" *Wellfount, Corp. v. Hennis Care Ctr. of Bolivar, Inc.*, 951 F.3d 769, 774 (6th Cir. 2020) (quoting *Aamot*, 1 F.3d at 443). Indeed, "a notice of dismissal under Rule 41(a)(1) is self-effectuating and never subject to review[.]" *Id*. at 772 (citing *D.C. Elecs., Inc. v. Nartron Corp.*, 511 F.2d 294, 298 (6th Cir. 1975)).

Rule 41(a)(1)(A)(i)'s plain terms specify only two things that can prevent a plaintiff's voluntary dismissal without a court order: a defendant's service of (1) an answer or (2) a motion

1

for summary judgment. SouthEast Bank made neither such filing here. The United States is therefore exercising its right to voluntarily dismiss this case, *United States v. SouthEast Bank*, No. 3:25-cv-00026, without a court order through this notice.

Date: April 10, 2025

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division

*/s Carrie Pagnucco*
CARRIE PAGNUCCO
Chief
TAMICA H. DANIEL
Deputy Chief
ABIGAIL B. MARSHAK
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Phone: (202) 532-3898
Fax: (202) 514-1116
Email: Carrie.Pagnucco@usdoj.gov